UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CR-166-JAR (SPM) |
| ) | |
| TORRANCE L. COTTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon review of the record. The Court addressed pending motions at the pretrial conference on November 26, 2013 and considered the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah filed August 23, 2013. [273] Magistrate Judge Mensah recommended that Defendant's motion to dismiss the indictment [264], motion for a bill of particulars [265], and motion for release of Brady materials [267] be denied. Magistrate Judge Mensah further recommended that Defendant's motion for disclosure of grand jury materials [266] be denied, except to the extent it seeks disclosure of the jury selection plan for the Eastern District of Missouri. Finally, with respect to Defendant's seventh motion for extension of time to file pretrial motions [268], Magistrate Judge Mensah granted Defendant until August 30, 2013 to file or waive pretrial motions. No objections to the report and recommendation were filed. After careful consideration, the Court will adopt the Magistrate Judge's report and recommendation.

The Court further finds upon review of the record that Defendant has waived his right to file any pretrial motions. First, no pretrial motions were filed by the Court's August 30, 2013 deadline. Then, on September 2, 2013, Defendant, by and through counsel Bobby E. Bailey, filed a waiver of

pretrial motions. (Doc. No. 275) On September 18, 2013, Defendant appeared in person and with counsel, and again waived his right to file pretrial motions. (Doc. No. 283)

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Order and Recommendation of the United States Magistrate Judge (Doc. No. 273) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

Dated this 23rd day of December, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE